# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TIMOTHY A. MORRIS  
11712 MAPLE AVENUE   SSN-xxx-xx-6038  
HEBRON, IL  60034

Case Number: 06-71143

Case filed on: 6/30/2006  
Plan Confirmed on: 10/17/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,840.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
| 008 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TIMOTHY A. MORRIS | 0.00 | 0.00 | 1,121.32 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,121.32 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 126,771.56 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 12,383.42 | 7,379.72 | 7,379.72 | 0.00 |
| 003 | HSBC MORTGAGE CORPORATION (USA) | 3,323.60 | 1,886.71 | 1,886.71 | 0.00 |
| 004 | HSBC MORTGAGE CORPORATION (USA) | 30,630.20 | 0.00 | 0.00 | 0.00 |
| 011 | HFC | 30,630.20 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 203,738.98 | 9,266.43 | 9,266.43 | 0.00 |
| 005 | BECKET & LEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 2,165.82 | 2,165.82 | 2,165.82 | 0.00 |
| 007 | CAPITAL ONE | 960.00 | 960.00 | 960.00 | 0.00 |
| 009 | CAPITAL ONE | 1,446.59 | 1,446.59 | 1,446.59 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 223.43 | 223.43 | 223.43 | 0.00 |
|  | Total Unsecured | 4,795.84 | 4,795.84 | 4,795.84 | 0.00 |
|  | Grand Total: | 211,808.82 | 17,336.27 | 17,683.59 | 0.00 |

Total Paid Claimant:     $17,683.59  
Trustee Allowance:       $1,156.41         Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:      100.00        discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/26/2008          By  /s/Heather M. Fagan